1
2
3
4
5
6
7
8                               **UNITED STATES DISTRICT COURT**

9                             **SOUTHERN DISTRICT OF CALIFORNIA**

10

11   ABUWI MAHDI,                               |   CASE NO. 05 CV 1611 JM (NLS)

12                           Petitioner,        |   ORDER DENYING APPLICATION
                 vs.                            |   FOR CERTIFICATE OF
13                                              |   APPEALABILITY
     JEANNE WOODFORD,

14                           Respondent.

15

16          Petitioner appeals this court's order denying his petition for habeas corpus pursuant to 28

17   U.S.C. § 2254.  For the reasons set forth in the order, Petitioner fails to make a substantial showing

18   of the denial of a constitutional right.  Accordingly, the request for a certificate of appealability is

19   **DENIED**.  <u>See</u> 28 U.S.C. § 2253(c)(2).

20          **IT IS SO ORDERED.**

21

22   DATED:  October 30, 2006

23                                              _____
                                                Hon. Jeffrey T. Miller
24                                              United States District Judge

25

26

27

28

                                                                                        05cv1611